**Order entered September 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00599-CR

**KIERON ALEXANDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-1575823-I**

## ORDER

Appellant challenges the voluntariness of his custodial confession, and his second issue on appeal is whether the trial court erred by admitting into evidence at trial a video recording of appellant's statement. Section 6 of article 38.22 of the Texas Code of Criminal Procedure requires a trial judge to make written findings of fact and conclusions of law as to the voluntariness of a statement when voluntariness is challenged. TEX. CODE CRIM. PROC. ANN. art. 38.22, § 6 (West Supp. 2017). The record before us does not contain the required findings of fact and conclusions of law.

Accordingly, we **ORDER** the trial court to issue the required written findings of fact and conclusions of law no later than **TWENTY DAYS** from the date of this order. *See Urias v. State*, 155 S.W.3d 141, 142 (Tex. Crim. App. 2004). If necessary, the trial court may review the

reporter's record of the testimony upon which the original ruling was made to refresh its recollection of the reasons behind such ruling. *See Wicker v. State*, 740 S.W.2d 779, 784 (Tex. Crim. App. 1987).

We **ORDER** Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record containing the trial court's findings and conclusions **no later than October 15, 2018.**

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Nancy Kennedy, Presiding Judge of Criminal District Court No. 2, Ms. Pitre, and counsel for the parties.

/s/     DOUGLAS S. LANG
PRESIDING JUSTICE